UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIFFANY HANEY, )<br>ANNE WARREN, and )<br>TINA ROPER, )<br>)<br>Defendants. ) | No.: 3:24-CR-113-TAV-JEM |

## ORDER

Pursuant to 28 U.S.C. § 636, it is hereby **ORDERED** that non-party Volunteer Pharmacy's motions to quash [Docs. 360, 361] is hereby **REFERRED** to the Honorable Jill E. McCook, United States Magistrate Judge, for her consideration and determination or report and recommendation, as may be appropriate. Furthermore, the Court **ORDERS** defendant Haney and defendant Warren to respond to these respective motions [Docs. 360, 361] by **Saturday, February 21, 2026, at 8:00 a.m. Eastern Standard Time.**

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE