Phone: 865-337-5887
7660 S. Northshore Drive
Knoxville, TN 37919

# Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name:_____ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

---

1 ◯ Diclofenac _____ 3%
   Prilocaine _____ 3%
   Nifedipine _____ 2%
   Qty 60g
   Use in conjunction with _____ g Lidocaine 5% (2-4g 3-4 x QD w/cream)
   ◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Diclofenac _____ 1%
   Carbamazepine _____ 3%
   Amitriptyline _____ 4%
   Qty 360g

---

3 ☑ Ketoprofen _____ 2%        4 ◯ Baclofen _____ 1%            5 ◯ _____ %
   Lidocaine _____ 2%              Cyclobenzaprine _____ 1%         _____ %
   Cyclobenzaprine _____ 1%        Lidocaine _____ 2%               _____ %
*QTY 120   2RF
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

---

Add on/substitution
1) Lidocaine 5% _____ g          2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g              4) Fluocinonide 0.1% cream _____ g
5) Bensal HP _____ g             6) Diclofenac 3% _____
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream
7) Chlorzoxazone 250mg tabs #60 Take 1 BID    8) Scarcin _____ Apply BID
                              2RF

ok per benji

---

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient I▓▓▓▓
Address:▓▓▓▓
Allergies:▓▓▓
Insurance:_____ Policy:_____
Group:_____ Pharmacy:_____

Physician's Signature: _____ Date: 1/29/19
authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: J___ E___ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

---

1 ⊙ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ○ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

---

3 ○ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4 ○ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5 ○ _____ %
   _____ %
   _____ %

*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

---

### Add on/substitution

1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC __/__% _____ Boxes
11) Diflorasone 0.05% __120__ g

2) Calcipotriene 0.005% _____ g
4) Fluocinonide __% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g
10) Halobetasol 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name __Joseph Dichiara__ NPI:_____
Phone:_____ Fax:_____

spoke with office and apporval given by Dr Dichiara for add of dflorasone iont 120g to se in conjuction iwth compound 07/07/20

○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

---

Physician's Signature: _____ Date: __7/6/20__ Refills __2__
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  Pain/Inflammation
Knoxville, TN 37919
Phone: 865-337-5887  Fax: 865-337-5889


Rocky Hill Pharmacy

SENT  Y  N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: B___ C___  DOB:_____  SSN:_____
Address:_____  Phone:_____
Allergies:_____  Pharmacy:_____

1) ⊘ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty 120g
   WITH Lidocaine/HC __/__% #3boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
   ⊘ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) ● Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty 360g
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

ok to change per benji

3) ○ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4) ○ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5) ○ _____ %
   _____ %
   _____ %

*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

**Add on/substitution**

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes
10) Halobetasol 0.05% _____ g
11) Diflorasone 0.05% _____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____  NPI:_____
Phone:_____  Fax:_____
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL_____

Physician's Signature: _____  Date: 5/29/20  Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax: (865) 337-5889
Date: 08/04/2020 3:57 PM

Sent By: Tiffany Haney

Rx: 110710  Date Written: 04/27/2020
  Last Filled: 06/23/2020

Dispensed 3 time(s) for a total Qty of 1,080.0000

Refills Originally Authorized: 2

We request refill/renewal authorization on behalf of your patient

Please fax or call this Request to
ROCKY HILL PHARMACY
Fax: (865) 337-5889
Phone: (865) 337-5887

**CALL IN/BENJI**

Comments:

---

Date: 08/04/2020  Rx #: 110710
Patient: T_ F_

Phone:  DOB:
Medication: KETO10/AMIT2/DICLO2

Qty Written: 360.00000
Last Filled: 06/23/2020
Directions:
Apply 2 to 4 pumps (1gm/pump) to painful area 3-4 times daily (max 12g/day)

Approved: ☑  Denied: ☐
Memo: _____
Plus  0  Refills  Date: __/__/____
Change Directions: ☐
_____
Signature: _____
Doctor: DR. JOSEPH DICHIARA JR
  1718 SAINT MARY ST
  KNOXVILLE, TN 37917-4517
Phone:   DEA: FD5607986
Fax:    Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax: (865) 337-5889
Date: 08/04/2020 3:57 PM
Sent By: Tiffany Haney

Rx: 110709  Date Written: 04/27/2020
Last Filled: 06/23/2020

Dispensed 3 time(s) for a total Qty of 450.0000

Refills Originally Authorized: 2

We request refill/renewal authorization on behalf of your patient

Please fax or call this Request to
ROCKY HILL PHARMACY
Fax: (865) 337-5889
Phone: (865) 337-5887

---

Date: 08/04/2020  Rx #: 110709
Patient:
T██ F██

Phone:  DOB:
Medication: LIDOCAINE 5% OINTMENT
Substituted for Brand Prescribed

Qty Written: 150.00000
Last Filled: 06/23/2020
Directions:
Apply 2-4 grams topically to affected area(s) 3-4 times daily in conjunction with compounded cream

Approved: ☑  Denied: ☐
Memo:  ok per Benji
Plus  0  Refills  Date:
Change Directions: ☐

Signature: _____
Doctor: DR. JOSEPH DICHIARA JR
1718 SAINT MARY ST
KNOXVILLE, TN 37917-4517
Phone:  DEA: FD5607986
Fax:  Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

Comments:

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1 ○ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
   WITH Lidocaine/HC __/__% #3boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)

2 ○ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ○ Ketoprofen _____ 2%          4 ○ Baclofen _____ 1%          5 ○ _____ %
   Lidocaine _____ 2%              Cyclobenzaprine _____ 1%         _____ %
   Cyclobenzaprine _____ 1%        Lidocaine _____ 2%               _____ %
   _____ %                         _____ %

*QTY_____                                                                          (CASH)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

Add on/substitution
1) Lidocaine 5% _____ g          2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g              4) Fluocinonide 0.1% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g   6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g  8) Doxepin 5% _____ g
9) Tacrolimus 0.03% oint _____ g    10) Lidocaine/HC __/__% _____ Boxes
11) Diflorasone 0.05% _120_ g  [ointment]
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____ NPI: _____    | approved per MD per
Phone: _____ Fax: _____            | Benji for diflorasone
                                       | 0.05%  120gm
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 4/16/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT Y N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: D___ 4___ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ○ Diclofenac ____ 3%
   Baclofen ____ 2%
   Cyclobenzaprine ____ 2%
   Ketoprofen ____ 4 %
   ____ %
   Qty __120g__
WITH Lidocaine/HC __/__ % #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ○ Ketoprofen ____ 10%
   Amitriptyline ____ 2%
   Diclofenac ____ 2%
   ____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

ok per office

3 ○ Ketoprofen ____ 2%
   Lidocaine ____ 2%
   Cyclobenzaprine ____ 1%
   ____ %
*QTY_____

4 ○ Baclofen ____ 1%
   Cyclobenzaprine ____ 1%
   Lidocaine ____ 2%
   ____ %

5 ○ ____ %
   ____ %
   ____ %

○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

### Add on/substitution

1) Lidocaine 5% ____ g
3) Taclonex ____ g
5) Lidocaine7/Tetracaine7% ____ g
7) Hydrocortisone Buty 0.1% ____ g
9) Lidocaine/HC __/__ % ____ Boxes
10) Diflorasone 0.05% ____ g
2) Calcipotriene 0.005% ____ g
4) Fluocinonide 0.1% cream ____ g
6) Diclofenac 1% or 3% ____ g
8) Doxepin 5% ____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____
Phone:_____ Fax:_____
○ The pharmacy may substitute based on insurance coverage or limitations.   INITIAL_____

Physician's Signature:_____ Date: 2/0/20 Refills:_____
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

Request Refill Authorization From:

ROCKY HILL PHARMACY
7660 S NORTHSHORE DR
KNOXVILLE, TN 37919-8003

Phone: (865) 337-5887
Fax:   (865) 337-5889
Date:  04/14/2020 3:41 PM

Sent By: Tiffany Haney

Rx: 109908        Date Written: 03/06/2020
                  Last Filled:  03/18/2020

Dispensed 1   time(s) for a total Qty of 360.0000

Refills Originally Authorized: 0

We request refill/renewal
authorization on behalf of your patient

Please fax or call this Request to
    ROCKY HILL PHARMACY
    Fax:   (865) 337-5889
    Phone: (865) 337-5887

Phone per Benji

Comments:

---

Date: 04/14/2020   Rx #: 109908

Patient:
D___ H___

Phone: _____   DOB: _____

Medication: KETO10/AMIT2/DICLO2

Qty Written: 360.00000
Last Filled: 03/18/2020
Directions:
Apply 2 to 4 pumps (1gm/pump) to painful area 3-4 times daily (max 12g/day)

Approved: ☑    Denied: ☐
Memo: _____
Plus  2  Refills    Date:  /  / 
Change Directions: ☐
_____
Signature: _____
Doctor:  DR. JOSEPH DICHIARA JR
         1718 SAINT MARY ST
         KNOXVILLE, TN 37917-4517
Phone:                      DEA: FD5607986
Fax:                        Rf:
Product Selection Permitted: ☐
Dispense as Written: ☐

---

The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity referred above. The authorized recipient of the information is prohibited from disclosing the information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reference on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

**Rocky Hill Pharmacy**
7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887
Fax: 865-337-5889

Pain/Inflammation

SENT  Y  N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: A___ H___ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ⊙ Diclofenac_____ 3%
    Baclofen_____ 2%
    Cyclobenzaprine___ 2%
    Ketoprofen_____ 4%
    _____ %
    Qty 120g
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ○ Ketoprofen_____ 10%
    Amitriptyline_____ 2%
    Diclofenac_____ 2%
    _____ %
    Qty 360g
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3 ○ Ketoprofen_____ 2%
    Lidocaine_____ 2%
    Cyclobenzaprine__ 1%
    _____ %

4 ○ Baclofen_____ 1%
    Cyclobenzaprine__ 1%
    Lidocaine_____ 2%
    _____ %

5 ○ _____ %
    _____ %
    _____ %

*QTY_____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

**Add on/substitution**
1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g  [300g ok per office]
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes
10) Halobetasol 0.05% _____ g
11) Diflorasone 0.05% _____ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____
Phone:_____ Fax:_____
The pharmacy may substitute based on insurance coverage or limitations. INITIAL_____

Physician's Signature: _____ Date 5/6/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887  

Pain/Inflammation  

Fax: 865-337-5889  
SENT  Y  N  


Rocky Hill Pharmacy

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: G_____ J_____  DOB:_____  SSN:_____  
Address:_____  Phone:_____  
Allergies:_____  Pharmacy:_____  

1 ○ Diclofenac _____ 3%  
   Baclofen _____ 2%  
   Cyclobenzaprine _____ 2%  
   Ketoprofen _____ 4%  
   _____ %  
   Qty __120g__  
WITH Lidocaine/HC __/__% #3boxes  
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ○ Ketoprofen _____ 10%  
   Amitriptyline _____ 2%  
   Diclofenac _____ 2%  
   _____ %  
   Qty __360g__  
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
OR WITH Lidocaine 5% 150g

3 ○ Ketoprofen _____ 2%  
   Lidocaine _____ 2%  
   Cyclobenzaprine _____ 1%  
   _____ %  

4 ○ Baclofen _____ 1%  
   Cyclobenzaprine _____ 1%  
   Lidocaine _____ 2%  
   _____ %  

5 ○ _____ %  
   _____ %  
   _____ %  

\*QTY_____  
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

**Add on/substitution**

1) Lidocaine 5% _____ g  
2) Calcipotriene 0.005% _____ g  
3) Taclonex _____ g  
4) Fluocinonide 0.1% cream _____ g  
5) Lidocaine7/Tetracaine7% _____ g  
6) Diclofenac 1% or 3% _____ g  
7) Hydrocortisone Buty 0.1% _____ g  
8) Doxepin 5% _____ g  
9) Lidocaine/HC __/__% _____ Boxes  
10) Diflorasone 0.05% __120__ g  ointment  
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____  NPI:_____  
Phone:_____  Fax:_____  
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____  

Physician's Signature: _____  Date: 3/31/20  Refills: 3  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

spoke with Benji and approved secondary cream by MD 03/31/20

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N

**Rocky Hill Pharmacy**

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: M_____ R_____ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

---

**1** ⊙ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

**2** ○ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

---

**3** ○ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

**4** ○ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

**5** ○ _____ %
   _____ %
   _____ %

\*QTY _____
○ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

---

**Add on/substitution**

1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes
10) Halobetasol 0.05% _____ g
⊙ Diflorasone 0.05% __120__ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

approval to add Diflorasone oint. 120g per Dr Dichiara per phone 07/08/20

Physician name _____  PI: _____
Phone: _____   Fax: _____
○ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 7/8/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

# PAIN / INFLAMMATION


Rocky Hill Pharmacy

7660 S. NorthShore Drive Knoxville, TN 37919    Phone: 865-337-5887    FAX: 865-337-5889

**PATIENT INFO:**
NAME: A____ L____    DOB: ____    SSN: ____
ADDRESS: ____    PHONE: ____
ALLERGIES: ____    PHARMACY: ____

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

The checked box signifies the originally prescribed and preferred medication(s) for my patient. If for any reason my patient cannot receive the originally prescribed compounded therapy, I order that the pharmacy shall separate out any individual RX prescribed if insurance coverage or limitations dictate it.

### TOPICAL COMPOUNDS

☐ Diclofenac ____ 1%    *Diflorasone ____ 0.05%
  Ketoprofen ____ 4%    *Halobetasol ____ 0.05%
  Cyclobenzaprine ____ 2%    *Fluocinonide ____ 0.1%
  Lidocaine ____ 5%    ____ %
  ____ %

*Only one steroid will be used    Qty: 120 g

☐ Baclofen ____ 1%    *Diflorasone ____ 0.05%
  Cyclobenzaprine ____ 1%    *Halobetasol ____ 0.05%
  Lidocaine ____ 2%    *Fluocinonide ____ 0.1%
  ____ %

*Only one steroid will be used    Qty: ____ g

☑ Ketoprofen ____ 10%    With Lidocaine 5% 150g.
  Amitriptyline ____ 2%    Apply 2-3g top 3-4 x QD w/
  Diclofenac ____ 2%    compound (30 DS)
  Qty: 360 g

SIG: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

☑ The pharmacy may separate out to the following based on insurance coverage or limitations. Initial ____

Diclofenac 1% 300g; Lidocaine 5% 150g; Diflorasone 0.05% 120g; Halobetasol 0.05% 60g; Fluocinonide 0.1% 120g
SIG: Apply 1-2grams topically 1-3 times daily used in conjunction with compounded cream. (30 DS)

**ADD ON OPTIONS:**
1. Calcipotriene 0.005% ____ g    4. Betamethasone ____ % ____ g
2. Taclonex ____ g    5. Hydrocortisone Buty 0.1% ____ g
3. Doxepin 5% ____ g

SIG: ☑ Apply 2-4 grams top 3-4 times daily used in conjunction with compounded cream. (30 DS)
☐ Apply 1-2 grams top 1-3 times daily used in conjunction with compounded cream. (30 DS)

ok per op office

### PAIN/INFLAMMATION

☐ Ibuprofen/Famotidine 800-26.6mg Tablet QTY #90 1 TID OR Ketoprofen 25mg Capsule QTY #90 1 TID

### MUSCLE RELAXANTS

☐ Chlorzoxazone 375mg Tablet QTY #60 1 TID OR Chlorzoxazone 250mg Tablet QTY #90 1 TID

### ULCER PREVENTION

☐ Omeprazole/Bicarb 40-1,100 Capsule QTY #30 1 QD OR Omeprazole/Bicarb 20-1,100 Capsule QTY #30 1 QD

### SUPPLEMENTS

☐ Azesco Tablet QTY #60 1 BID OR Xvite Tablet QTY #60 1 BID OR Ortho DF Tablet QTY #30 1 QD
☐ Zelac Probiotic Capsule QTY #30 1 QD

---

PHYSICIAN'S NAME: ____
PHONE: 865-633-9469    NPI: 1104118835
PHYSICIAN'S SIGNATURE: ____    FAX: 865-633-9474
DATE: 2-8-23    REFILL: 0

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889  
SENT   Y   N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M___ L___   DOB: ____   SN: ____  
Address: ____   Phone: ____  
Allergies: ____   Pharmacy: ____

1 ◯ Diclofenac _____ 3%  
  Baclofen _____ 2%  
  Cyclobenzaprine _____ 2%  
  Ketoprofen _____ 4%  
  _____ %  
  Qty __120g__  
  WITH Lidocaine/HC __/__ % #3 boxes  
  Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)  
  ◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen _____ 10%  
  Amitriptyline _____ 2%  
  Diclofenac _____ 2%  
  _____ %  
  Qty __360g__  
  WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
  OR WITH Lidocaine 5% 150g

3 ◯ Ketoprofen _____ 2%  
  Lidocaine _____ 2%  
  Cyclobenzaprine _____ 1%  
  _____ %

4 ◯ Baclofen _____ 1%  
  Cyclobenzaprine _____ 1%  
  Lidocaine _____ 2%  
  _____ %

5 ◯ _____ %  
  _____ %  
  _____ %

*QTY_____   (CASH)  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

Add on/substitution  
1) Lidocaine 5% _____ g  
2) Calcipotriene 0.005% _____ g  
3) Taclonex _____ g  
4) Fluocinonide 0.1% cream _____ g  
5) Lidocaine7/Tetracaine7% _____ g  
6) Diclofenac 1% or 3% _____ g  
7) Hydrocortisone Buty 0.1% _____ g  
8) Doxepin 5% _____ g  
9) Lidocaine/HC __/__ % _____ Boxes   halobetasol 0.05% cr  
10) Diflorasone 0.05% _____ g  

spoke with office and approved per MD for halobetasol cream

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name __Dr Dichiara__   NPI: ____  
Phone: ____   Fax: ____  
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL____

Physician's Signature: ____   Date: __4/3/20__   Refills: ____  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT Y N

Rocky Hill Pharmacy

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION -OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: ███ ███ DOB:_____ SSN:_____
Address:_____ Phone:_____
Allergies:_____ Pharmacy:_____

1 ◯ Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2 ◯ Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3 ◯ Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4 ◯ Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5 ◯ _____ %
   _____ %
   _____ %

*QTY_____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)     (CASH)

Add on/substitution
1) Lidocaine 5% _____ g
2) Calcipotriene 0.005% _____ g
3) Taclonex _____ g
4) Fluocinonide ___% cream _____ g
5) Lidocaine7/Tetracaine7% _____ g
6) Diclofenac 1% or 3% _____ g
7) Hydrocortisone Buty 0.1% _____ g
8) Doxepin 5% _____ g
9) Lidocaine/HC __/__% _____ Boxes
10) Halobetasol 0.05% _____ g
11) Diflorasone 0.05% _120_ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

approval given by Dr Dichaiara to add diflorasone oint 120g per phone 07/08/20

Physician name_____ NPI:_____
Phone:_____ Fax:_____
◯ The pharmacy may substitute based on insurance coverage or limitations. INITIAL_____

Physician's Signature:_____ Date: 7/7/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

**Rocky Hill Pharmacy**

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT Y N

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1 ◯ Diclofenac ____ 3%
   Baclofen ____ 2%
   Cyclobenzaprine ____ 2%
   Ketoprofen ____ 4%
   ____ %
   Qty 120g
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)

2 ◯ Ketoprofen ____ 10%
   Amitriptyline ____ 2%
   Diclofenac ____ 2%
   ____ %
   Qty 360g
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ◯ Ketoprofen ____ 2%
   Lidocaine ____ 2%
   Cyclobenzaprine ____ 1%
   ____ %

4 ◯ Baclofen ____ 1%
   Cyclobenzaprine ____ 1%
   Lidocaine ____ 2%
   ____ %

5 ◯ ____ %
   ____ %
   ____ %

*QTY _____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

**Add on/substitution**

1) Lidocaine 5% ____ g
2) Calcipotriene 0.005% ____ g
3) Taclonex ____ g
4) Fluocinonide ___% cream ____ g
5) Lidocaine7/Tetracaine7% ____ g
6) Diclofenac 1% or 3% ____ g
7) Hydrocortisone Buty 0.1% ____ g
8) Doxepin 5% __45__ g
9) Lidocaine/HC __/__% ____ Boxes
10) Halobetasol 0.05% ____ g
11) Diflorasone 0.05% ____ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name _____   approval given per Dr Dichiara to add doxepin cream 45gm by phone 07/24/20    NPI: _____
Phone: _____    Fax: _____

◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____ Date: 7/24/20 Refills: 2

I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889
SENT Y N


Rocky Hill Pharmacy

**\*\*PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET\*\***

Patient Info: Name: _____ DOB: _____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1. ◯ Diclofenac ___ 3%
   Baclofen ___ 2%
   Cyclobenzaprine ___ 2%
   Ketoprofen ___ 4%
   ___ %
   Qty 120g
   WITH Lidocaine/HC __/__% #3boxes
   Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
   ◯Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2. ◯ Ketoprofen ___ 10%
   Amitriptyline ___ 2%
   Diclofenac ___ 2%
   ___ %
   Qty 360g
   WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
   OR WITH Lidocaine 5% 150g

3. ◯ Ketoprofen ___ 2%
   Lidocaine ___ 2%
   Cyclobenzaprine ___ 1%
   ___ %

4. ◯ Baclofen ___ 1%
   Cyclobenzaprine ___ 1%
   Lidocaine ___ 2%
   ___ %

5. ◯ ___ %
   ___ %
   ___ %

*QTY_____
◯Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)   (CASH)

### Add on/substitution
1) Lidocaine 5% ___ g
2) Calcipotriene 0.005% ___ g
3) Taclonex ___ g
4) Fluocinonide ___% cream ___ g
5) Lidocaine7/Tetracaine7% ___ g
6) Diclofenac 1% or 3% ___ g
7) Hydrocortisone Buty 0.1% ___ g
8) Doxepin 5% ___ g
9) Lidocaine/HC __/__% ___ Boxes
10) Halobetasol 0.05% 50 g
11) Diflorasone 0.05% ___ g

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

ok benji

Physician name _____ NPI: _____
Phone: _____ Fax: _____
◯The pharmacy may substitute based on insurance coverage or limitations.   INITIAL ___

Physician's Signature: _____ Date: 7/10/20 Refills: 2
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive  
Knoxville, TN 37919  
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889  
SENT Y N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION  
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name:_____ DOB:_____ SSN:_____  
Address:_____ Phone:_____  
Allergies:_____ Pharmacy:_____

1 ◯ Diclofenac _____ 3%  
    Baclofen _____ 2%  
    Cyclobenzaprine _____ 2%  
    Ketoprofen _____ 4%  
    _____ %  
    Qty __120g__

2 ◯ Ketoprofen _____ 10%  
    Amitriptyline _____ 2%  
    Diclofenac _____ 2%  
    _____ %  
    Qty __360g__

WITH Lidocaine/HC ___/___% #3boxes    WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD  
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)    OR WITH Lidocaine 5% 150g  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

3 ◯ Ketoprofen _____ 2%  
    Lidocaine _____ 2%  
    Cyclobenzaprine _____ 1%  
    _____ %  

4 ◯ Baclofen _____ 1%  
    Cyclobenzaprine _____ 1%  
    Lidocaine _____ 2%  
    _____ %

5 ◯ _____ %  
    _____ %  
    _____ %

*QTY_____  
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

**Add on/substitution**

1) Lidocaine 5% _____ g  
3) Taclonex _____ g  
5) Lidocaine7/Tetracaine7% _____ g  
7) Hydrocortisone Buty 0.1% [120g ok] g  
9) Tacrolimus 0.03% oint _____ g  
11) Diflorasone 0.05% _____ g  

per benji

2) Calcipotriene 0.005% _____ g  
4) Fluocinonide 0.1% cream _____ g  
6) Diclofenac 1% or 3% _____ g  
8) Doxepin 5% _____ g  
10) Lidocaine/HC ___/___% _____ Boxes

Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.

Physician name_____ NPI:_____  
Phone:_____ Fax:_____  
◯ The pharmacy may substitute based on insurance coverage or limitations. INITIAL_____

Physician's Signature:_____ Date: 4/17/20 Refills: 2  
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

7660 S. Northshore Drive
Knoxville, TN 37919
Phone: 865-337-5887

Pain/Inflammation

Fax: 865-337-5889

SENT  Y  N


Rocky Hill Pharmacy

**PLEASE COMPLETE ALL OF THE FOLLOWING INFORMATION
-OR- ATTACH PATIENT DEMOGRAPHIC SHEET**

Patient Info: Name: M_____ ____ DO_____ SSN: _____
Address: _____ Phone: _____
Allergies: _____ Pharmacy: _____

1) Diclofenac _____ 3%
   Baclofen _____ 2%
   Cyclobenzaprine _____ 2%
   Ketoprofen _____ 4%
   _____ %
   Qty __120g__
WITH Lidocaine/HC __/__% #3boxes
Use 1/2-1 tube 3-4 X Qd prn w cream (must last 30 days)
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)

2) Ketoprofen _____ 10%
   Amitriptyline _____ 2%
   Diclofenac _____ 2%
   _____ %
   Qty __360g__
WITH Hydrocortisone Buty 0.1% 120g 2-4g 3-4xQD
OR WITH Lidocaine 5% 150g

3) Ketoprofen _____ 2%
   Lidocaine _____ 2%
   Cyclobenzaprine _____ 1%
   _____ %

4) Baclofen _____ 1%
   Cyclobenzaprine _____ 1%
   Lidocaine _____ 2%
   _____ %

5) _____ %
   _____ %
   _____ %

*QTY _____
◯ Typical Sig: Apply 2-4 pumps (1g/pump) to painful area(s) 3-4 times daily (max 12g/day)    (CASH)

Add on/substitution
1) Lidocaine 5% _____ g
3) Taclonex _____ g
5) Lidocaine7/Tetracaine7% _____ g
7) Hydrocortisone Buty 0.1% _____ g
9) Lidocaine/HC __/__% _____ Boxes
11) Diflorasone 0.05% __120__ g
Apply 2-4 grams 3-4 times daily used in conjunction with compounded ingredients in cream.  (30

2) Calcipotriene 0.005% _____ g
4) Fluocinonide ___% cream _____ g
6) Diclofenac 1% or 3% _____ g
8) Doxepin 5% _____ g
10) Halobetasol 0.05% _____ g

DS )

1-2    1-3

Physician name __Dr. Dichiara__   NPI: __1104118835__
Phone: __865-633-9469__   Fax: __865-633-9474__
◯ The pharmacy may substitute based on insurance coverage or limitations.  INITIAL _____

Physician's Signature: _____   Date: __11/18/20__   Refills: __2__
I authorize the pharmacy to adjust the total number of grams dispensed based on the maximum allowable grams set by the patient's prescription insurance benefit plan. If provider wishes to write a different formula, please indicate on pad, or call the pharmacy.

k per office