# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #:** 3:24-CR-113  **Date:** 3/2/2026

United States of America  **vs.**  Haney, Warren, and Roper

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Marian Billingsley | Kara Nagorny | Michelle Gensheimer |

| Asst. U.S. Atty(s): | Probation Officer(s): | Atty(s) for Defendant(s): |
|---|---|---|
| Jeremy Dykes  Brian Samuelson | | Anthony Mahajan/Diana Yastrovskaya  Scott Saidak  Keith Stewart |

**Others Present:**

**Proceedings:**
Motion Hearing held re doc. 317. An Order is to follow.

☐ Defendant remanded to custody.   ☑ Defendant released on Order Setting Conditions of Release.

**Time:** 1:00  to  2:04

⊙ I, Marian Billingsley, **Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.**